1  COOLEY LLP
   WHITTY SOMVICHIAN (194463)
2  (wsomvichian@cooley.com)
   3 Embarcadero Center, 20th Floor
3  San Francisco, California 94111-4004
   Telephone:    +1 415 693 2000
4  Facsimile:    +1 415 693 2222

5  Attorneys for Defendant
   Fitbit, Inc.

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                          OAKLAND DIVISION

11

12  NICOLE HUTCHISON, an individual,        Case No. 4:23-cv-03520-JSW

13                   Plaintiff,             **NOTICE OF APPEARANCE OF WHITTY SOMVICHIAN FOR DEFENDANT FITBIT, INC.**

14          v.

15  FITBIT, INC., a Delaware Corporation,

16                   Defendant.

17

18  **TO THE CLERK, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

19          **PLEASE TAKE NOTICE** that Defendant Fitbit, Inc. notifies the Court and all parties that

20  Whitty Somvichian of the law firm of Cooley LLP hereby appears as Defendant's counsel of record

21  in this action.  He is admitted to practice in California and before this Court.  His address, telephone

22  number, e-mail address, and facsimile number are as follows:

23          COOLEY LLP
            WHITTY SOMVICHIAN
24          3 Embarcadero Center, 20th Floor
            San Francisco, California 94111-4004
25          Telephone: (415) 693-2000
            Facsimile: (415) 693-2222
26          Email: wsomvichian@cooley.com

27          ///

28          ///

289980978

1

Dated: August 15, 2023                    COOLEY LLP

2

3                                          By:  /s/ Whitty Somvichian
                                                Whitty Somvichian
4
                                           Attorneys for Defendant
5                                          Fitbit, Inc.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

289980978

NOTICE OF APPEARANCE FOR DEFENDANT
4:23-CV-03520-JSW