| | |
|---|---|
| COOLEY LLP<br>WHITTY SOMVICHIAN (194463)<br>(wsomvichian@cooley.com)<br>3 Embarcadero Center, 20th Floor<br>San Francisco, California 94111-4004<br>Telephone:  +1 415 693 2000<br>Facsimile:  +1 415 693 2222<br><br>Attorneys for Defendant<br>Fitbit, Inc. | HARLAN LAW, P. C.<br>JORDON HARLAN (CA #273978)<br>(jordon@harlanpc.com)<br>1245 Island Avenue<br>San Diego, CA 92101<br>Telephone: (619) 870-0802<br>Facsimile: (619) 870-0815<br><br>Attorneys for Plaintiff<br>Nicole Hutchison |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NICOLE HUTCHISON, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>FITBIT, INC., a Delaware Corporation,<br><br>　　　　　　　Defendant. | Case No. 4:23-cv-03520-JSW<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (L.R. 6-1(A))**<br><br>Complaint served:　　　July 25, 2023<br>Current response date:　August 15, 2023 |

289981843

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO EXTEND TIME TO
RESPOND TO INITIAL COMPLAINT
4:23-CV-03520-JSW

Pursuant to Civil Local Rule 6-1(a), Plaintiff Nicole Hutchison ("Plaintiff") and Defendant Fitbit, Inc. ("Fitbit") (collectively, "the Parties") by and through their respective counsel, stipulate and agree as follows:

## RECITALS

WHEREAS, Plaintiffs filed the Complaint in this action (the "Complaint") against Fitbit on July 14, 2023 (*see* ECF No. 1);

WHEREAS, Fitbit was served with the Complaint on July 25, 2023;

WHEREAS, the current deadline for Fitbit to respond to the Complaint is August 15, 2023;

WHEREAS, pursuant to Local Rule 6-1(a), Plaintiffs agreed to extend Fitbit's time to answer or otherwise respond to the Complaint to October 4, 2023 (the "Extension"); and

WHEREAS, the Extension will not alter the date of any event or deadline already fixed by Court order.

## STIPULATION

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties, pursuant to Local Rule 6-1(a), that:

1. The time for Fitbit to answer or otherwise respond to the Complaint in this action shall be extended until October 4, 2023;

2. Nothing herein shall be deemed a waiver of any rights or defenses by any party.

Dated: August 15, 2023                    COOLEY LLP

By:  */s/ Whitty Somvichian*
         Whitty Somvichian

Attorneys for Defendant
Fitbit, Inc.

289981843

Cooley LLP
Attorneys at Law
San Francisco

2

STIPULATION TO EXTEND TIME TO
RESPOND TO INITIAL COMPLAINT
4:23-CV-03520-JSW

Dated: August 15, 2023					HARLAN LAW, P. C.

						By: /s/ Jordon Harlan
						        Jordon Harlan

						Attorneys for Plaintiff
						Nicole Hutchison

### ATTESTATION

Pursuant to Civil Local Rule 5-1(h)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 15, 2023					/s/ Whitty Somvichian
						    Whitty Somvichian

289981843

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIPULATION TO EXTEND TIME TO
RESPOND TO INITIAL COMPLAINT
4:23-CV-03520-JSW